## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

De Los Santos Lopez

      v.                                                    Civil No. 1:26-cv-00527-JL-AJ

David Wesling, et al.


### SUMMARY ORDER FOR BOND HEARING

      The court has reviewed the Response to the Petition for Writ of Habeas Corpus.[1] Based on the Respondents' concession that the court "would reach the same result" if it applied the reasoning of Judge Sorokin's order in *Bento de Souza v. Moniz, et al.*, No. 1:25-cv-13189-LTS (D. Mass. Dec. 9, 2025), the court GRANTS the petition[2] for a bond hearing and orders the Respondents to provide the Petitioner with a bond hearing before a New England-based Immigration Judge as soon as practicable.  The petition is denied in all other respects.  The parties shall file a status report on or before **July 8, 2026**.


        **SO ORDERED.**

                                 _____
                                   Joseph N. Laplante
                                   United States District Judge


Dated: June 26, 2026

cc:    Counsel of Record

_____

[1] Doc. no. 10.
[2] Doc. no. 1.